IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MASSEY ENERGY COMPANY, et al.,

        Plaintiffs,

v.                              CIVIL ACTION NO.  2:09-cv-00029

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY, et al.,

        Defendants.

## MEMORANDUM OPINION AND ORDER

Pending before the court is a Motion to Dismiss [Docket 58], jointly filed by the plaintiffs and defendant HDI-Gerling Industrie Versicherungs AG, successor by merger to Gerling Konzern Allegemeine Versicherungs-AG.  These parties submit that the controversy between them has been settled through arbitration.  Accordingly, the court **GRANTS** the motion to dismiss and **DISMISSES with prejudice** defendant HDI-Gerling Industrie Versicherungs AG, successor by merger to Gerling Konzern Allegemeine Versicherungs-AG, from this lawsuit.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                          ENTER:        February 8, 2011

                                          Joseph R. Goodwin, Chief Judge